**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FRANK C. SPENCER and MELANIE D. SPENCER, h/w,**<br><br>   **Plaintiffs,**<br><br>  **v.**<br><br>**WILLIAM AVERY,**<br><br>   **Defendant.** | **CIVIL ACTION NO.  25-5708** |

## ORDER

  **AND NOW,** this 30th day of April 2026, upon consideration of Defendant's Motion to Dismiss, Plaintiffs' Opposition thereto, and Defendant's Reply in further support of his Motion, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss [Doc. No. 5] is **GRANTED**. Plaintiffs' Complaint [Doc. No. 1-1] is **DISMISSED** without prejudice.

2. Plaintiffs shall have leave to file an Amended Complaint within **30 days** of the issuance of this Order**.**

        **BY THE COURT:**

        **/s/ Cynthia M. Rufe**

        _____

        **CYNTHIA M. RUFE, J.**